UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PETE JOHNSON**                                                                                                              **PLAINTIFF**

v.                                    CASE NO. 4:11cv00456 BSM

**JOHNSON & JOHNSON; JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT,
LLC; ORTHO MCNEIL PHARMACEUTICAL, LLC; and
ORTHO MCNEIL JANSSEN PHARMACEUTICALS, INC.**                **DEFENDANTS**

## ORDER

The parties jointly move to stay all proceedings, pending a final decision from the Judicial Panel on Multidistrict Litigation regarding the transfer of this case. [Doc. No. 3]. For good cause shown, the motion is granted. This case is hereby stayed.

IT IS SO ORDERED this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE